21-6064-SNOW
21-6065-SNOW

LGW: USAO 2020R00151

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA         *
                                 *
v.                               *     CRIMINAL NO. TDC20CR317
                                 *
MATEUS VADUVA, — 21-6065-SNOW    *     (Conspiracy to Commit Bank Fraud
  a/k/a "Romi,"                  *     and Wire Fraud, 18 U.S.C. § 1349;
MARIUS VADUVA, — 21-6064-SNOW    *     Forfeiture, 18 U.S.C. § 982(a)(2),
                                 *     21 U.S.C. § 853(p), 28 U.S.C. § 2461(c))
MARIAN UNGURU,                   *
DANIEL VELCU, and                *
VALI UNGURU,                     *
                                 *
  Defendants                     *
                                 *
                          *******

FILED BY ___AT___ D.C.
Feb 8, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## INDICTMENT

### COUNT ONE
(Conspiracy to Commit Bank Fraud and Wire Fraud)

The Grand Jury for the District of Maryland charges that:

### Introduction

At all times relevant to this Indictment:

1.      TD Bank ("TD Bank"), SunTrust Bank/Truist ("Truist"), and Bank of America ("BOA"), and other consumer banks (the "victim financial institutions"), were financial institutions within the meaning of 18 U.S.C. § 20 in that their deposits were insured by the Federal Deposit Insurance Corporation.

## The Conspiracy and Scheme to Defraud

2.  From a time unknown to the Grand Jury, but beginning at least in or about June 2018, and continuing through at least in or about September 2020, in the District of Maryland and elsewhere, the defendants,

**MATEUS VADUVA,**
**a/k/a "Romi,"**
**MARIUS VADUVA,**
████████████
**MARIAN UNGURU,**
**DANIEL VELCU, and**
**VALI UNGURU,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury to commit bank fraud and wire fraud, that is:

    a.  to execute a scheme and artifice to defraud the victim financial institutions, and to obtain and attempt to obtain money, funds, credits, assets, and securities owned by and under the custody and control of the victim financial institutions by means of materially false and fraudulent pretenses, representations, and promises (the "scheme to defraud"), in violation of 18 U.S.C. § 1344; and

    b.  to knowingly devise and intend to devise a scheme and artifice to defraud the victim financial institutions, and to obtain money and property from the victim financial institutions, by means of false and fraudulent pretenses, representations, promises, and material omissions (the "scheme to defraud"), and for the purpose of executing and attempting to execute the scheme to defraud, to cause to be transmitted by means of wire communication, in interstate and foreign commerce, any writings, signs, signals, pictures, and sounds, affecting a financial institution, in violation of 18 U.S.C. § 1343.

## Manner and Means of the Conspiracy and Scheme to Defraud

It was part of the conspiracy and the scheme to defraud that:

3. Co-conspirators stole checks directed to and from religious institutions and other victim entities from the U.S. mail ("the stolen checks").

4. MATEUS VADUVA, MARIUS VADUVA, ███████ VALI UNGURU, and their co-conspirators fraudulently opened bank accounts at the victim financial institutions, under false identities, in order to have those bank accounts receive the stolen checks and disburse those funds for the benefit of the co-conspirators ("the fraudulently opened bank accounts").

5. MATEUS VADUVA, MARIUS VADUVA, ███████ MARIAN UNGURU, DANIEL VELCU, VALI UNGURU, and their co-conspirators fraudulently negotiated the stolen checks at the victim financial institutions, often by depositing the checks into the fraudulently opened bank accounts by way of automated teller machine ("ATM") transactions.

6. MATEUS VADUVA, MARIUS VADUVA, ███████ MARIAN UNGURU, DANIEL VELCU, VALI UNGURU, and their co-conspirators withdrew money from the fraudulently opened bank accounts through ATMs and spent the fraudulent proceeds using debit cards associated with the fraudulently opened bank accounts.

## Overt Acts

7. In furtherance of the conspiracy and to effect the objects thereof, the defendants and others committed and caused to be committed the following overt acts, among others, in the District of Maryland and elsewhere:

a. On or about October 25, 2019, in Silver Spring, Maryland, **MATEUS VADUVA** opened, and aided and abetted the opening of, a TD Bank account ending in 3709 in the name of "W.H.," which was one of the fraudulently opened bank accounts.

[REDACTED]

c. On or about November 12, 2019, in Silver Spring, Maryland, **MARIUS VADUVA** opened, and aided and abetted the opening of, TD Bank accounts ending in 0648, 0656, and 0664 in the names of "P.P.," "M.C.," and "N.V.," respectively, which were three of the fraudulently opened bank accounts.

d. On or about January 21, 2020, **DANIEL VELCU** negotiated a stolen check into a TD Bank account ending in 1406, which was one of the fraudulently opened bank accounts, at a TD Bank ATM in Glen Burnie, Maryland.

e. On or about April 15, 2020, **MARIAN UNGURU** negotiated three stolen checks into, and withdrew $500 in cash from, a Truist account ending in 3675, which was one of the fraudulently opened bank accounts, at a Truist ATM in Glen Burnie, Maryland.

f. On or about July 13, 2020, **VALI UNGURU** negotiated a stolen check into a BOA account ending in 8857, which was one of the fraudulently opened bank accounts, at a BOA ATM in Baltimore, Maryland.

18 U.S.C. § 1349

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 982(a)(2), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendants' convictions under Count One of this Indictment.

### Wire and Bank Fraud Forfeiture

2. Upon conviction of the offense alleged in Count One of this Indictment, the defendants,

**MATEUS VADUVA,**
**a/k/a "Romi,"**
**MARIUS VADUVA,**

**MARIAN UNGURU,**
**DANIEL VELCU, and**
**VALI UNGURU,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2), any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of such offense.

### Substitute Assets

3. If, as a result of any act or omission of the defendants, any of the property described above as being subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be subdivided without difficulty,

the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above.

18 U.S.C. § 982(a)(2)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

*Robert E. Hur by EW*

Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date: September 28, 2020

AO 442 (Rev. 11/11) Arrest Warrant

UGW:jb 2020R00184

# UNITED STATES DISTRICT COURT
for the
District of Maryland

21-6065-SusW

United States of America
v.

Case No. TDC 20CR317

MATEUS VADUVA

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MATEUS VADUVA
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Bank Fraud and Wire Fraud, 18 U.S.C § 1349

Date: September 28, 2020

*Issuing officer's signature*

City and state: Greenbelt, MD

Honorable Timothy J. Sullivan, United States Magistrate Judge
*Printed name and title*

### Return

| This warrant was received on *(date)* 9/28/20, and the person was arrested on *(date)* 2/6/21 at *(city and state)* Hollywood, FL |
|---|
| Date: 2/6/21    Steven S. Watai, U.S. Postal Inspector  *Arresting officer's signature* / *Printed name and title* |